In re John T. COPLEY, Debtor.

John T. Copley, Plaintiff–Appellant,

v.

State Automobile Mutual Property And Casualty Insurance Company; Wanda Copley; United States Of America; H. Lynden Graham, Jr.; Janet Smith Holbrook, former Chapter 7 Trustee; David Konrad, former counsel to Chapter 7 Trustee; James M. Pierson, former Chapter 13 bankruptcy attorney, Parties in Interest–Appellees,

and

Debra A. Wertman; Alfred Sines, Jr., former divorce attorney; James W. Lane, Jr., former counsel for the debtor; R. Scott Clarke; Shawn D. Bayliss; Stephen L. Thompson, Parties in Interest.

No. 00–1966.

United States Court of Appeals,
Fourth Circuit.

Submitted May 24, 2001.

Decided June 18, 2001.

John T. Copley, pro se. Arden John Curry, II, Pauley, Curry, Sturgeon & Vanderford, Gary L. Call, Assistant United States Attorney, Charleston, WV; Lynn B. Pollard, Hamilton, Burgess, Young & Pollard, P.L.L.C., Fayetteville, WV; Janet Smith–Holbrook, David Konrad, Huddleston, Bolen, Beatty, Porter & Copen, Huntington, WV, for appellees.

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

PER CURIAM.

John T. Copley appeals from the district court's orders affirming numerous orders of the bankruptcy court and denying his motion for reconsideration. We have reviewed the record and the lower courts' opinions and orders and find no reversible error. Accordingly, while we grant Copley's motion to file a supplemental brief and have considered the issues therein, we affirm on the reasoning of the district court. *Copley v. State Auto. Mut. Prop. & Cas. Ins. Co.*, Nos. CA–99–1054–3; BK–97–30131 (S.D.W. Va. June 12 & July 6, 2000). In light of the resolution of this appeal, the stay pending appeal entered on October 16, 2000, is terminated. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*